LOUIS KESTENBAUM et al., Appellants, v TOPAZ INDUSTRIES, INC., Respondent.—Order, Supreme Court, New York County, entered on August 15, 1980, unanimously affirmed, without costs and without

disbursements and without prejudice to an application at Special Term to terminate the judgment if Topaz does not proceed diligently in the prosecution of its action and to seek to vacate the judgment against it. No opinion. Concur—Murphy, P. J., Birns, Fein, Lupiano and Silverman, JJ.